DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**
SEP - 9 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

CLAUDIA S AYALA

Debtor

Chapter 13

Case No. 03-57591 MM

**NOTICE OF UNCLAIMED DIVIDEND**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2454353 for an unclaimed dividend in the amount of $8.97. The name and address of the claimant entitled to the unclaimed dividend is as follows;

CLAUDIA S AYALA
721 LARKIN ST
SALINAS, CA 93907

Dated: September 04, 2009

DEVIN DERHAM-BURK, TRUSTEE

Case: 03-57591   Doc# 22   Filed: 09/09/09   Entered: 09/14/09 15:47:26   Page 1 of 1